Gregory P. Arakawa (State Bar No. 159023)
Alicia R. Kennon (State Bar No. 240569)
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400   Fax: 925 356 8250

Dennis B. Polk (Colo. State Bar No. 8777)
**HOLLEY, ALBERTSON & POLK, P.C.**
1667 Cole Blvd., Bldg. 19, Ste. 010
Golden, Colorado 80401
Phone: 303 233 7838   Fax: 303 233 2860
(*Admitted Pro Hac Vice*)

Attorneys for Defendant ANDREA DALTON and
THE LAW OFFICE OF ANDREA DALTON, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| RACHEL GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREA DALTON,<br><br>        Defendant. | CASE NO. 5:13-cv-04849 HRL<br><br>**STIPULATION AND REQUEST TO CHANGE HEARING DATE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-7**<br><br>Complaint Filed: 06/11/13<br><br>[Assigned for All Purposes to Magistrate Judge Howard R. Lloyd, Dept. 09] |

**COMES NOW** Defendants ANDREA DALTON and THE LAW OFFICE OF ANDREA DALTON, LLC and pursuant to Civil Local Rule 6-2 and 7-7, hereby request and stipulate to a continuance of the hearing date on Defendants' Motion to Change Venue filed on November 21, 2013 and set for hearing on December 31, 2013 at 10:00 a.m.

Counsel for Defendants attempted to meet and confer with Plaintiff's counsel prior to the selection of the hearing date. When no response was received, Defendants timely filed a motion to change venue. Shortly after the motion was filed, Plaintiff's counsel

1 requested a change in the hearing date, the reasons for which are outlined more fully in
2 the stipulation attached hereto as **Exhibit "A."** Pursuant to the stipulation, the parties
3 hereby request that the hearing date be continued to **Tuesday January 14, 2014 at**
4 **10:00 a.m.** or as soon thereafter as the Court may be available. Pursuant to Civil Local
5 Rule 7-7, this request is being made prior to the deadline to oppose said motion.

6     The parties hereby waive their rights under Civil Rule 7-7(d) and request, and
7 stipulate, that all filing deadlines pursuant to Civil Local Rule 7-3 be continued to reflect
8 the change in the hearing date.

9     This request is being made by the parties by and through their respective counsel
10 of record and pursuant to the executed stipulation and proposed order, filed concurrently
11 herewith as **Exhibit "A."**

13 DATED: November 25, 2013    WOOD, SMITH, HENNING & BERMAN LLP

16 By: /s/Alicia R. Kennon
    GREGORY P. ARAKAWA
17     ALICIA R. KENNON
Attorneys for Defendant ANDREA DALTON and
18 LAW OFFICE OF ANDREA DALTON, LLC

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400   FAX 925 356 8250

LEGAL:10304-0001/2817447.1
-2-
STIPULATION AND REQUEST TO CHANGE HEARING DATE PURSUANT TO CIVIL LOCAL RULE 6-2

# EXHIBIT A

```
1  Steven H. Schultz, Esq., SBN 163543
2  Law Office of Steven H. Schultz
   701 Howe Avenue, Suite A3
3  Sacramento, CA 95825
4  Telephone:  (916)922-2310
   Facsimile:  (916)922-1921
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RACHEL GARCIA, | ) Case No.: 5:13-cv-04849-HRL |
|---|---|
| Plaintiff, | ) STIPULATION BETWEEN PARTIES ) TO CONTINUE DEFENDANT'S ) MOTION TO CHANGE VENUE |
| vs. | ) PURSUANT TO 28 U.S.C. ) 1404(a) |
| ANDREA DALTON; THE LAW OFFICE OF ANDREA DALTON, LLC; DAVID WOODRUFF; HILLYARD, WAHLBERG, KUDLA & SLOANE, LLP; ANAPOL SCHWARTZ; and DOES 1 through 100, inclusive, | ) |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure ___, the parties and each of them hereby stipulate to continue defendant's ANDREA DALTON and THE LAW OFFICE of ANDREA DALTON, LLC's Motion to Change Venue Pursuant to 28 U.S.C. 1404 (a) because of the following:

1. Plaintiff's counsel has surgery scheduled on

STIPULATION BETWEEN PARTIES TO CONTINUE DEFENDANT'S MOTION TO CHANGE VENUE PURSUANT TO 28 U.S.C. 1404(a) - 1

December 5, 2013; Thanksgiving holiday; pre-operative appointment; depositions/meetings previously scheduled and a pre-paid vacation on the date of the hearing, December 31, 2013.

2. Parties thereby agree and stipulate that this hearing be moved to January 14, 2014 or a date after that at the convenience of the Court.

It is hereby stipulated.

Dated: 11/25/13

_____
STEVEN H. SCHULTZ
Attorney for Plaintiff

Dated: 11-26-2013

_____
DENNIS POLK
Attorney for Defendant

STIPULATION BETWEEN PARTIES TO CONTINUE DEFENDANT'S MOTION TO CHANGE VENUE PURSUANT TO 28 U.S.C. 1404(a) - 2

```
Steven H. Schultz, Esq., SBN 163543
Law Office of Steven H. Schultz
701 Howe Avenue, Suite A3
Sacramento, CA 95825
Telephone:  (916)922-2310
Facsimile:  (916)922-1921
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GARCIA, | Case No.: 5:13-cv-04849-HRL |
| Plaintiff, | [Proposed] ORDER GRANTING PARTIES MOTION TO CONTINUE DEFENDANT'S MOTION TO CHANGE VENUE PURSUANT TO 28 U.S.C. 1404(a) |
| vs. | |
| ANDREA DALTON; THE LAW OFFICE OF ANDREA DALTON, LLC; DAVID WOODRUFF; HILLYARD, WAHLBERG, KUDLA & SLOANE, LLP; ANAPOL SCHWARTZ; and DOES 1 through 100, inclusive, | Honorable Howard R. Lloyd |
| Defendant | |

1  Pursuant to the parties' written "Stipulation to
2  Continue Defendant's Motion to Change Venue", a true
3
4  and correct copy of which is attached hereto as Exhibit
5  A and is hereby incorporated herein by this reference:
6
7  IT IS HEREBY ORDERED THAT:
8  The Parties Stipulation to Continue Defendant's
9
10 Motion to Change Venue Pursuant to 28 U.S.C. 1404(a) is
11 granted with the new date of January 14, 2014       for that
12 motion to be heard.  Opposition papers are due on
13 December 19, 2013
14 _____ and Reply papers are due on December 31, 2013
15 Dated: 12/6/13
16
17                       The Honorable Howard R. Lloyd

Honorable Howard R. Lloyd - 2