*E-Filed: January 27, 2014*

Steven H. Schultz, Esq., SBN 163543
Law Office of Steven H. Schultz
701 Howe Avenue, Suite A3
Sacramento, CA 95825
Telephone: (916)922-2310
Facsimile: (916)922-1921

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GARCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDREA DALTON; THE LAW OFFICE OF ANDREA DALTON, LLC; DAVID WOODRUFF; HILLYARD, WAHLBERG, KUDLA & SLOANE, LLP; ANAPOL SCHWARTZ; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendant | Case No.: 5:13-cv-04849-HRL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER<br><br>Hearing Date: 1/28/14<br>Hearing Time: 1:30 p.m.<br>Judge Howard R. Lloyd |

　　　The undersigned parties, on behalf of their respective clients, hereby stipulate as follows:

　　1. This is a legal malpractice action.

　　2. The Plaintiff ANDREA DALTON is represented by her attorney of record, Steven H. Schultz.  Defendant's ANDREA DALTON and THE LAW

OFFICE OF ANDREA DALTON, LLC are represented by Dennis B. Polk, HOLLEY, ALBERTSON & POLK and Gregory P. Arakawa, WOOD, SMITH, HENNING & BERMAN LLP.

3. A Case Management Conference is currently scheduled for January 28, 2014.

4. The undersigned parties hereby stipulate to a continuance of the currently scheduled settlement conference and trial dates, based on the following: Plaintiff's counsel is scheduled for surgery on January 28, 2014. This surgery was recently scheduled for his right forearm when it was discovered it was re-fractured (for the third time). He expects the surgery will require a month to six weeks of immobility of his right arm plus right arm rehabilitation after.

5. Parties are requesting a short continuance of the case management conference of one week or at a date convenient to the Court.

IT IS SO STIPULATED.

Dated: January 27, 2014

_____
Steven H. Schultz, Esq.
Attorney for Plaintiff

Dated: January 27, 2014

_____
Alicia Kennon, Esq.
Attorney for Defendant

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

OFFICE OF ANDREA DALTON, LLC are represented by Dennis B. Polk, HOLLEY, ALBERTSON & POLK and Gregory P. Arakawa, WOOD, SMITH, HENNING & BERMAN LLP.

3. A Case Management Conference is currently scheduled for January 28, 2014.

4. The undersigned parties hereby stipulate to a continuance of the currently scheduled settlement conference and trial dates, based on the following: Plaintiff's counsel is scheduled for surgery on January 28, 2014. This surgery was recently scheduled for his right forearm when it was discovered it was re-fractured (for the third time). He expects the surgery will require a month to six weeks of immobility of his right arm plus right arm rehabilitation after.

5. Parties are requesting a short continuance of the case management conference of one week or at a date convenient to the Court.

IT IS SO STIPULATED.

Dated: January 27, 2014

Steven H. Schultz, Esq.
Attorney for Plaintiff

Dated: January 27, 2014

Alicia Kennon, Esq.
Attorney for Defendant

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

# PROPOSED ORDER

GOOD CAUSE APPEARING THEREFORE,

The partie's stipulation to continue the case management conference is granted.  The case management conference is now set to commence on <u>Feb. 11</u>, 2014.  The parties shall file a joint case management statement by February 4, 2014.

IT IS SO ORDERED.

1/27/14                                 _____

THE HONORABLE HOWARD R. LLOYD